# Court of Appeals
## Third District of Texas

| | |
|---|---|
| Shaine Carl Cagle,<br>Appellant, | Court of Appeals No. 03-14-00636-CV<br>Trial Court Case No. 42697 |
| V. | Notice To The Court As A Matter of Record Regarding The Partial Production of The Record Recieved By Appellant On 1/13/15 |
| Donna Gail Andreyis-Drumm,<br>Respondant,<br>And<br>SLC the child | Honorable Justice |

RECEIVED
JAN 20 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Comes now the Appellant, in the above titled action. ~~Petitioner~~ Appellant wishes to notify this Honorable Court, he recieved a partial portion of the record of the court. The Final decree is not included in the document recieved by Appellant. Only 18 pages of the Court reporters Transcript of the Final Hearing is present, from the Burnet county court.

May it please this Honorable court, Appellant, is requesting the complete record of the Trial court, to include all motions, requests, notifications, comunications from all parties to include the Final decree. Appellant, can not litigate the facts of this case and seek modification of the Final judgement or possibly move to have the default judgement vacated based on the evidence, without the complete record.

Appellant, at this time will attest that the Final hearing Transcript shows evidence of Perjured Testimony by the Respondant and her counsel, Ashby. Appellant, will be submitting a Motion To Vacate default Judgement. Appellant, will timely submitt a Memorandum of Points and Legal Authorities with appropriate supporting evedintiary documentation to Prove his allegations of Perjury and numerous other Felony acts Committed by the Respondant, once he recieves the complete record.

Appellant, wishes to remind this Honorable court that he personally

Mailed Numerous Motions to the Trial Court with no response leading up to the filing of this appeal in October 2014. Appellant, mailed his Motion requesting to appeal the default judgement to the Burnet County Court, and they Forwarded that Motion to the Third District of Texas.

In conclusion, it's apparent the County Court recieved Communications from Appellant, but ignored them. Appellant, respectfully requests this Honorable Court, to yet again instruct the Burnet County Court, to comply with it's Two previous orders to produce the entire record. It has been Ten weeks delinquent in complying with your original order to produce the record originally due November 10, 2014.

Appellant, is curious as to the County Courts Motivations for the repeated delays and obvious disregard in complying with this most Honorable Courts order to simply produce the record as instructed. More will be revealed.

Respectfully submitted this 13th Day of January 2015

Shane Eagle
Pro Se / In forma Pauperis
A Prisoner

# Cirtificate of Service

Dear Clerk,

Appellant is Pro Se and indigent, please and in no# accessible to copy Forward, Please Forward stamped filed to the aforegoing as I am unable.

Thanks,
Shaine Cagle

| | | |
|---|---|---|
| Court of Appeals Third District of Texas | | Original plus 2 Copies |
| Burnet County Court 1701 E. Polk st. suite 90 Burnet, TX. 78611 | | 1 Copy |
| Respondents Counsel Kimberly Ashby Esq. 1003 Berry st. Llano, TX. 78643 | | 1 Copy |
| Appellant Shaine Cagle ADC 079874 ASPC Eyman/Cook P.O. Box 3200 Florence, Az. 85132 | | 1 Copy |

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate _Cagle, Shaine_
ADC # _079874_
Arizona State Prison Complex _Eyman_
Unit _Cook_
_P.O. Box 3200_
City _Florence_ AZ _85132_

(For International Use Only)

Legal

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004239340
$ 00.48⁰
JAN 14 2015
MAILED FROM ZIP CODE 85132

Court of Appeals
Third District of TX.
P.O. Box 12547
Austin, TX.
78711-2547

78711#2547